253 So.2d 62

**STATE of Louisiana ex rel.
Milton LAWRENCE**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51797.

Oct. 13, 1971.

In re: Milton Lawrence, applying for writ of habeas corpus.

Application denied; there is no error in the ruling of the trial court on the evidentiary hearing.

253 So.2d 62

**STATE of Louisiana ex rel.
Billy ELAM**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51799.

Oct. 13, 1971.

In re: Billy Elam applying for writ of habeas corpus.

Application denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.

SUMMERS, J., agrees that the writ should be denied because the rules of this court have not been complied with and petitioner has made no effort to comply and indicates that he will not.